**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**YORAM RAZ**                                                                   **PLAINTIFF**

      v.         Civil No. 02-5184

**ROBERT MUELLER, FBI DIRECTOR**                                                **DEFENDANT**

    and

**YORAM RAZ**                                                                   **PLAINTIFF**

      v.         Civil No. 02-5193

**UNITED STATES**                                                               **DEFENDANT**

### O R D E R

Now on this 2nd day of September, 2005, come on for consideration the following motions pending in case number 02-5193:

* plaintiff's **Motion To Compel Defendants To Answer Revised Interrogatory 21 And Request For Production 26** (document #192);

* defendants' **Motion In Limine To Bar Testimony Regarding Any Damages Related To The October 2, 2004, Incident In Jay, Oklahoma** (document #199);

* defendants' **Motion In Limine Seeking Clarification As To The Status Of Claims Against Defendant, FBI Director Robert Mueller, Or In The Alternative, For Summary Judgment** (document #201); and

* plaintiff's **Urgent Motion To Reconsider Rule 50(a)**

**Dismissal** (document #202),

and with regard to those motions, the Court finds and orders as follows:

The captioned cases were brought on the basis of essentially the same factual allegations, although they sought different relief against different parties. During the discovery phase of the cases, they were consolidated for purposes of discovery only. On the first day of trial, July 18, 2005, they were consolidated for all purposes. The consolidated case then proceeded to trial as case number 02-5184.

The Court has today entered a Memorandum Opinion And Order, three additional Orders, and a Judgment, disposing of all pending issues in the consolidated case. It has come to the attention of the Court, however, that the motions listed above, which were pending in case number 02-5193 under separate docket entry numbers, appear (on the face of the docket) to remain unresolved. That is not the case. All issues in these motions are addressed and resolved in the Memorandum Opinion And Order, the additional three Orders, and the Judgment entered this date in 02-5184. In order to clarify the record, the Court enters this Order, disposing of the motions in the manner stated below, for the reasons set forth in the Orders and Memorandum Opinion And Order and Judgment entered this date.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion To Compel**

**Defendants To Answer Revised Interrogatory 21 And Request For Production 26** (document #192) is **denied**.

IT IS FURTHER ORDERED that defendants' **Motion In Limine To Bar Testimony Regarding Any Damages Related To The October 2, 2004, Incident In Jay, Oklahoma** (document #199) is **denied**.

IT IS FURTHER ORDERED that defendants' **Motion In Limine Seeking Clarification As To The Status Of Claims Against Defendant, FBI Director Robert Mueller, Or In The Alternative, For Summary Judgment** (document #201) is **granted**.

IT IS FURTHER ORDERED that plaintiff's **Urgent Motion To Reconsider Rule 50(a) Dismissal** (document #202) is **denied**.

IT IS FURTHER ORDERED that plaintiff's claims in case number 02-5193 are hereby **dismissed with prejudice**.

IT IS SO ORDERED.

                                             /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE